UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS - HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAY 05 2026

Nathan Ochsner, Clerk of Court

Neil Arun Raney, Plaintiff

v.

Fidelity Investments, et al., Defendants

Case No: 4:26CV 3608

PROOF OF SERVICE

I, Neil Arun Raney, declare as follows:

1. I am the Plaintiff in this action and am over 18 years of age.

2. On May 5, 2026, I caused the following documents to be served on the Defendants:

- Complaint
- Motion for Temporary Restraining Order (TRO)
- Declaration of Plaintiff
- Summons
- Exhibit Packet (if applicable)

DEFENDANTS SERVED:

1. Fidelity Investments

CT Corporation System

1999 Bryan Street, Suite 900

Dallas, Texas 75201

Method of Service: Certified Mail / Process Server / U.S. Marshals

Date Served: ____________________

2. Technip USA, Inc.

CT Corporation System (Registered Agent)

1999 Bryan Street, Suite 900

Dallas, Texas 75201

Method of Service: Certified Mail / Process Server / U.S. Marshals

Date Served: ____________________

DECLARATION:

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: May 5, 2026

City/State: Houston, Texas

____________________________________

Neil Arun Raney

United States Courts
Southern District of Texas
FILED

MAY 05 2026

Nathan Ochsner, Clerk of Court

4:26cv 3608

CIVIL COVER SHEET (SIMPLIFIED - JS 44 STYLE)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

Plaintiff: NEIL ARUN RANEY

Defendants:

- Fidelity Investments
- Technip USA, Inc.

Nature of Suit:

Federal Question - ERISA (29 U.S.C. § 1001 et seq.)

Cause of Action:

ERISA § 502(a)(1)(B) - Denial of benefits

ERISA § 502(a)(3) - Breach of fiduciary duty

Requested Relief:

- Injunctive relief (TRO)
- Restoration of 401(k) account access
- Declaratory relief

Jury Demand:

■ Yes ■ No (Equitable relief requested)

Venue:

Southern District of Texas - Houston Division

Pro Se Plaintiff:

NEIL ARUN RANEY

Date: May 5, 2026