United States Courts
Southern District of Texas
FILED

MAY 05 2026

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS - HOUSTON DIVISION

NEIL ARUN RANEY, Plaintiff

v.

FIDELITY INVESTMENTS, et al., Defendants

CASE NO: ________________

========================

COMPLAINT (ERISA)

========================

Plaintiff brings this action under ERISA § 502(a)(1)(B) and § 502(a)(3).

Plaintiff is a participant in an employer-sponsored 401(k) plan administered by Defendants.

Defendants have restricted access to Plaintiff's account (Error Code 628) without clear legal justification.

Plaintiff seeks restoration of account access and injunctive relief.

CLAIMS:

Count I - Wrongful denial of benefits under ERISA § 502(a)(1)(B)

Count II - Breach of fiduciary duty under ERISA § 502(a)(3)

RELIEF:

- Immediate restoration of 401(k) access
- Injunctive relief
- Other relief deemed proper by Court

========================

MOTION FOR TEMPORARY RESTRAINING ORDER

========================

Plaintiff requests immediate relief due to ongoing denial of retirement account access.

Irreparable harm exists because Plaintiff is denied access to retirement funds.

Balance of equities favors Plaintiff.

Public interest favors enforcement of ERISA protections.

REQUEST:

- Immediate restoration of access OR expedited verification process
- Expedited hearing

========================

DECLARATION

=======================

I, Neil Arun Raney, declare under penalty of perjury:

1. I am the Plaintiff.
2. My 401(k) account is restricted.
3. I have been denied access without clear justification.
4. I am willing to complete reasonable verification.
5. No court has appointed a guardian over me.
6. I request relief from this Court.

Executed: May 5, 2026

Houston, Texas

______________________

NEIL ARUN RANEY

FedEx Office

801 Louisiana St Ste 101
Houston, TX, 77002
(713) 224-6111

Terminal: 1266M600MIX02
5/5/2026 11:38
Receipt #: HOUKN7NK6111
Type: Purchase

| Qty | Description | Amount |
|---|---|---|
| 2 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.46 |
| 2 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.46 |
| 1 | PNG B&W S/S 8.5x11 & 8.5x14 | 0.23 |
| | SubTotal | 1.15 |
| | District tax | 0.01 |
| | City tax | 0.01 |
| | State tax | 0.07 |
| | Total | $1.24 |

Acct #:************6285
VISA DEBIT
Chip Read
Auth No.: 613956
Mode: Issuer
AID: A0000000031010
NO CVM
CVM Result: 5F0002
TVR: 8000008000
IAD: 06011203608000
TSI: 6800
ARC: 00
APPROVED

The Cardholder agrees to pay the Issuer of the charge card in accordance with the agreement between the Issuer and the Cardholder.

FedEx® Office

**Tell us how we did and get $7 off your next purchase of $40 or more print products***

**Take the survey by scanning the QR code below or visit www.fedex.com/welisten**

**Offer expires 6/30/2026**

*Terms & Conditions
$7 off print order of $40.00 or more. Discount applies to orders placed in a FedEx Office® store or online through Office.FedEx.com. Offer is valid at time of purchase only, no cash value and may not be discounted or credited toward past or future purchases; discount cannot be used in combination with custom-bid orders, other coupons, or discounts, including account pricing. Discount not valid on the following products and services: finishing-only orders; digital, passport or mounted photo; self-service print, fax, scan, or shred; products provided by third party sites not hosted by FedEx Office. Does not apply to packing, shipping, rush, or delivery charges. Does not apply to retail products. No cash value. Offer void where prohibited or restricted by law. Products, services, and hours may vary by location. TM use promo SKU 40269 for Business Printing Services such as FPM. © 2025 FedEx. All rights reserved."

By submitting your project to FedEx Office or by making a purchase in a FedEx Office store, you agree to all FedEx Office terms and conditions, including limitations of liability.

Request a copy of our terms and conditions from a team member or visit **fedex.com/officeserviceterms** for details.