**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

Neil Arun Raney

v. Case Number: 4:26−cv−03608

Fidelity Investments, et al.

---

**Notice of Resetting**

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Richard W Bennett**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 9/22/2026

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

---

Date: July 20, 2026 Nathan Ochsner, Clerk