United States District Court
Southern District of Texas
**ENTERED**
September 20, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **NEIL ARUN RANEY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-3608** |
| | § | |
| **FIDELITY INVESTMENTS, AND TECHNIP USA, INC.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**<u>ORDER OF NON-COMPLIANCE AND RESETTING RULE 16 CONFERENCE</u>**

By order dated May 8, 2026, this Court set the case for an initial scheduling conference on July 23, 2026. (ECF No. 4). On July 20, 2026, the Court reset the initial scheduling conference for September 22, 2026. (ECF No. 5).

Proof of timely service of Defendants has not been filed with the Court. *See* Fed. R. Civ. P. 4(m) (requiring defendant(s) to be served within 90 days after the filing of the complaint). Absent timely service, this case may be dismissed.

Plaintiff has twenty-one (21) days from the date of this Order to properly serve Defendants and provide proof of service with the Court. Failure to comply with the Court's Order will result in a recommendation that this case be dismissed. As such, it is **ORDERED** that the initial scheduling conference

previously set for September 22, 2026 (ECF No. 5), is hereby **RESCHEDULED** for:

**November 4, 2026**
at 10:00 a.m.
by Zoom.

It is **SO ORDERED**.

**SIGNED** in Houston, Texas on September 18, 2026.

Richard W. Bennett
United States Magistrate Judge