United States District Court
Southern District of Texas
**ENTERED**
November 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NEIL ARUN RANEY, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-03608 |
| | § | |
| FIDELITY INVESTMENTS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is United States Magistrate Judge Richard W. Bennett's Memorandum and Recommendation filed on October 28, 2026. Doc. #8. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts Magistrate Judge Bennett's Memorandum and Recommendation (Doc. #8) in its entirety.

Accordingly, this case is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute. The Clerk is DIRECTED to close this case.

It is so ORDERED.

NOV 24 2026
Date

The Honorable Alfred H. Bennett
United States District Judge